**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 95-7500**

_____

ROBERT LEE BROCK, a/k/a Two Souls Walker,

Plaintiff - Appellant,

versus

REBECCA SMITH, Honorable Judge,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca B. Smith, District Judge. (CA-95-799-2)

_____

Submitted:  January 11, 1996        Decided:  January 24, 1996

_____

Before RUSSELL, HALL, and WILKINSON, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Robert Lee Brock, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Brock v. Smith, No. CA-95-799-2 (E.D. Va. Sept. 20, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED